IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALVAO DIGITAL, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | |
| TICKETMASTER, L.L.C., UNIVERSITY OF TEXAS AT EL PASO, UNIVERSITY OF TEXAS AT SAN ANTONIO, LIVE NATION ENTERTAINMENT, INC., AUSTIN CITY LIMITS ENTERPRISES, LLC, C3 PRESENTS, L.L.C., STRATUS PROPERTIES, INC. AND 3TEN, LLC, | § § § § § § § § § § § | CASE NO. 6:21-CV-01208-ADA |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion to Extend Defendants, Ticketmaster L.L.C. ("Ticketmaster"), University of Texas at El Paso ("UTEP"), University of Texas at San Antonio ("UTSA"), Live Nation Entertainment, Inc. ("Live Nation"), and C3 Presents, L.L.C. ("C3"), Deadline to Respond to Plaintiff's Complaint. The Court finds that the Motion should be and is hereby **GRANTED**. Defendants, Ticketmaster L.L.C., University of Texas at El Paso, University of Texas at San Antonio, Live Nation Entertainment, Inc., and C3 Presents, L.L.C. shall have until February 10, 2022 to file its response to Plaintiff's Complaint.

SIGNED this _____ day of December, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE